IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN SHEFFER,

Plaintiff,

v.

COTTRELL, INC.,
et al.,

Defendants.                                No. 08-0791-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Cottrell Inc.'s motion for leave to file a surreply in opposition to Plaintiff's motion to remand (Doc. 90). Pursuant to **Local Rule 7.1(c)**, the Court **DENIES** the motion.[1]

**IT IS SO ORDERED.**

Signed this 12th day of March, 2009.

/s/    David R Herndon

**Chief Judge**
**United States District Court**

---

[1] **Local Rule 7.1(c)** states in part: "Under no circumstances will sur-reply briefs be accepted."